IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2007 MAY 15 A 9: 23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, | ) |
| PLAINTIFF, | ) |
| VS. | ) CASE NO: 3:07 CV 422 - WHA |
| MICHAEL GOSDIN and J.G., a minor, | ) |
| DEFENDANTS. | ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐  There are no entities to be reported.

- or -

The following entities are hereby reported:

Cotton States Mutual Insurance Company
Shield Insurance Company
Country Insurance and Financial Services
Cotton States Life Insurance Company
CSI Brokerage Services, Inc.
CS Marketing Resources

5-14-07
Date

George Ford
Counsel
Counsel for Plaintiff Cotton States Mutual
Insurance Company
P.O. Box 388
Gadsden, AL 35902
(256) 546-5432