AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____
_____EASTERN____ DIVISION

COTTON STATES MUTUAL INSURANCE CO.

                        Plaintiff,

**SUMMONS IN A CIVIL ACTION**

                        V.

CASE NUMBER: 3:07cv422-WHA

MICHAEL GOSDIN and J.G., a minor

                        Defendants.

       TO: J.G., a minor, 9100 COUNTY ROAD 258, ROANOKE, ALABAMA 36274

          (To be served upon his natural father, Michael Gosdin)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY George P. Ford, Ford, Howard & Cornett, P.C., P.O. Box 388, 140 South 9th Street, Gadsden, Alabama 35902.

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
_____
CLERK

5-15-2007
_____
DATE

*Ben Pelliasa*
_____
BY DEPUTY CLERK

## RETURN OF SERVICE

| Service of Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____
_____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                        Signature of Server

_____
Address of Server

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure