AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__
__EASTERN__ DIVISION

**SUMMONS IN A CIVIL ACTION**

COTTON STATES MUTUAL INSURANCE CO.

Plaintiff,

v.

MICHAEL GOSDIN and J.G., a minor

Defendants.

CASE NUMBER:

3:07cv422-WHA

TO: MICHAEL GOSDIN, 9100 COUNTY ROAD 258, ROANOKE, ALABAMA 36274

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY George P. Ford, Ford, Howard & Cornett, P.C., P.O. Box 388, 140 South 9th Street, Gadsden, Alabama 35902.

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

5-15-2007
DATE

_Ben Rlu_
BY DEPUTY CLERK

## RETURN OF SERVICE

| Service of Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                  Date                          Signature of Server

_____
Address of Server

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure