AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__
__EASTERN__ DIVISION

**SUMMONS IN A CIVIL ACTION**

COTTON STATES MUTUAL INSURANCE CO.

Plaintiff,

v.

MICHAEL GOSDIN and J.G., a minor

Defendants.

CASE NUMBER:

3:07cv 422-WHA

TO: MICHAEL GOSDIN, 9100 COUNTY ROAD 258, ROANOKE, ALABAMA 36274

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY George P. Ford, Ford, Howard & Cornett, P.C., P.O. Box 388, 140 South 9th Street, Gadsden, Alabama 35902.

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

*Ben Robinson*
BY DEPUTY CLERK

5-15-2007
DATE

**RETURNED AND FILED**

MAY 24 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| RETURN OF SERVICE | |
|---|---|
| Service of Summons and Complaint was made by me[1] | DATE May 22, 2007 |
| NAME OF SERVER (PRINT) Larry Collins | TITLE Special Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 9100 County Road 258, Roanoke, AL. 36274

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 22, 2007        /s/ Larry Collins
              Date                Signature of Server

P.O. Box 418, Gadsden, AL. 35902
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____
_____ EASTERN _____ DIVISION

COTTON STATES MUTUAL INSURANCE CO.

SUMMONS IN A CIVIL ACTION

Plaintiff,

v.

CASE NUMBER: 3:07cv422-WHA

MICHAEL GOSDIN and J.G., a minor

Defendants.

**RETURNED AND FILED**

TO: J. G., 9100 COUNTY ROAD 258, ROANOKE, ALABAMA 36274   MAY 2 4 2007

(To be served directly upon J.G., 14 years of age)

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY George P. Ford, Ford, Howard & Cornett, P.C., P.O. Box 388, 140 South 9th Street, Gadsden, Alabama 35902.

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

5-15-2007
DATE

[signature]
BY DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of Summons and Complaint was made by me[1] | DATE  May 22, 2007 |
| NAME OF SERVER (PRINT)  Larry Collins | TITLE  Special Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 9100 County Road 258, Roanoke, Al. 36274

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 22, 2007         Larry Collins
            Date                   Signature of Server

P.O. Box 413, Gadsden, Al. 35902
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**SUMMONS IN A CIVIL ACTION**

COTTON STATES MUTUAL INSURANCE CO.

Plaintiff,

v.                                    CASE NUMBER: 3:07CV422-WHA

MICHAEL GOSDIN and J.G., a minor

Defendants.

**RETURNED AND FILED**
MAY 24 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

TO: J.G., a minor, 9100 COUNTY ROAD 258, ROANOKE, ALABAMA 36274

(To be served upon his natural father, Michael Gosdin)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY George P. Ford, Ford, Howard & Cornett, P.C., P.O. Box 388, 140 South 9th Street, Gadsden, Alabama 35902.

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                              5-15-2007
CLERK                                         DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of Summons and Complaint was made by me[1] | DATE *May 22, 2007* |
| NAME OF SERVER (PRINT) *Larry Collins* | TITLE *Special Server* |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: *9100 County Road 258 Roanoke, AL 36274*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *May 22, 2007*    *Larry Collins*
         Date                  Signature of Server

*P.O. Box 413, Gadsden, AL 35902*
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure