IN THE UNITED STATES DISTRICT COURT OF ALABAMA
MIDDLE DISTRICT
EASTERN DIVISION

| | | |
|---|---|---|
| COTTON STATES MUTUAL INSURANCE CO. | ) | |
| PLAINTIFF | ) | |
| VS. | ) | CASE NO. 3:07 CV 422-WHA |
| MICHAEL GOSDIN and J.G., a minor | ) | |
| DEFENDANTS | ) | |

## ANSWER

Defendants Michael Gosdin and J. G., a minor, respond to the allegations of the complaint as follows:

1. Denied.

2. Admitted that the Plaintiff engages in insurance business in the state of Alabama. The Defendants are without sufficient information to admit or deny the remaining allegations of paragraph 2. Therefore, they are denied.

3. Admitted that the Defendants are residents of the State of Alabama. The remaining allegations are denied.

4. Denied.

5. Admitted that the lawsuit was filed.

6. Except as to the redactions, admitted.

7. Admitted.

8. Defendants believe this allegation to be true but are unsure. Therefore, it is denied.

9. The Defendants are without sufficient information to admit or deny the allegations of paragraph 9. Therefore, they are denied.

10. Upon information and belief, admitted.

11. Admitted that the Plaintiff began providing a defense. The remaining allegations are denied.

12. Denied.

The Defendants deny that the Plaintiff is entitled to the relief sought but instead assert that the Plaintiff is obligated to provide a defense to the Defendants and to indemnify them from any judgment or liability in this case.

Additionally, defendants Michael Gosdin and J. G. assert the following affirmative defenses:

1. Waiver
2. Estoppel

_____
Chad Lee    LEE043
Attorney for Defendants
Post Office Box 966
Wedowee, Alabama 36278
256-357-4800

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of this pleading by hand delivery or by faxing or by depositing a copy of the same in the United States Mail, in an envelope with adequate postage prepaid thereon and properly addressed to him.

George P. Ford
Ford, Howard & Cornett, P.C.
P O Box 388
Gadsden, Alabama  35902

This 5th day of June, 2007.

*/s/ Chad Lee*
Chad Lee