IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INS. COMPANY, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) CASE NO: 3:07CV422-WHA |
| VS. | ) |
| | ) |
| MICHAEL GOSDIN and J.G., a minor | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on June 15, 2007, via telephone. In attendance were:

George P. Ford on behalf of plaintiff;

Spence C. (Chad) Lee on behalf of defendants.

2. Pre-Discovery Disclosures. The parties will exchange by July 2, 2007, the information required by Rule 26.1(a)(1).

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

discovery will be needed on the following subjects: familial relationships and living arrangements between and among the defendants and the named insured under the policy made the subject of this action, vis-à-vis the terminology of the subject insurance policy; examination of the plaintiff insurance carrier's decision-making processes with respect to liability claims; the nature and extent of insurance coverage provided, if any, to the defendants, and the application of any exclusions contained within said policies of insurance.

All discovery will be commenced in time to be completed by December 30, 2007.

Maximum of 25 Interrogatories by each party to any other party. (Responses due 30 days after service).

Maximum of 25 Requests for Admissions by each party to any other party. (Responses due 30 days after service).

Maximum of eight depositions by plaintiff and eight by defendants, maximum of five hours each.

Reports from retained experts under Rule 26(a)(2) due:

from plaintiff by October 1, 2007;

from defendants by November 1, 2007.

Supplementations under Rule 26(e) due by January 10, 2008.

The parties do not request a conference with the Court before entry of the Scheduling Order.

Plaintiff should be allowed until October 30, 2007 to join additional parties and to amend the pleadings.

Defendants should be allowed until November 20, 2007, to join additional parties or to amend the pleadings.

All potentially dispositive motions should be filed by February 1, 2008.

Settlement cannot be realistically evaluated. Cases of this nature typically do not tend toward settlement.

The Parties request a final pre-trial conference in May, 2008.

Final Lists of trial evidence under Rule 26(a)(3) should be due:

from plaintiffs and defendants:

Witnesses: 30 days prior to trial;

Exhibits: 30 days prior to trial.

Parties should have 14 days after service of final Lists of evidence to list objections under Rule 26(a)(3).

The case should be ready for trial by July 7, 2008, and at this time is expected to take approximately two days.

s/George P. Ford
George P. Ford, Attorney for Plaintiff
Ford, Howard & Cornett, P.C.
P.O. Box 388
Gadsden, AL 35902
(256) 546-5432
ASB#4179-066g


Chad Lee
Chad Lee, Attorney for Defendants
P.O. Box 966
Wedowee, AL 36278
(256) 357-4800
#LEE043
