IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 3:07cv-422-WHA |
| MICHAEL GOSDIN, et al., ) ) | |
| Defendants. ) | |

**ORDER**

Due to a change in the court's calendar, the trial of this case, previously set for the term commencing July 7, 2008, is RESET for a term of court set to commence June 23, 2008, in Opelika, Alabama. The pretrial hearing will be held on May 30, 2008, as originally scheduled. The parties are given until **August 24, 2007,** to file an Amended Report of Parties Planning Meeting requesting any specific deadline changes they wish to have made in the outstanding Uniform Scheduling Order.

DONE this 16th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE