IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY        ) | |
| PLAINTIFF        ) | |
| VS.        ) | CIVIL ACTION NO. 3:07-CV-422-WHA |
| MICHAEL GOSDIN, and JG, a minor        ) | |
| DEFENDANT        ) | |

## NOTICE OF APPEARANCE

Comes now the undersigned John Tinney and files his Notice of Appearance as Counsel for the minor, JG, named in the above case.

                                                                      s/ John A. Tinney  
                                                                       John A. Tinney        TIN005  
                                                                       Attorney for Defendant JG  
                                                                       Post Office Box 1430  
                                                                       739 Main Street  
                                                                       Roanoke, Alabama  36274  
                                                                       Phone:  (334) 863-8945  
                                                                       Fax:  (334) 863-7114  
                                                                       TIN005

## CERTIFICATE OF SERVICE

    I hereby certify that on November 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    George P. Ford
    Attorney for Cotton States

    Chad Lee
    Attorney for Defendant

    I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    (NONE)

    Respectfully submitted,

    s/ John A. Tinney
    John A. Tinney    TIN005
    Attorney for Defendant JG
    Post Office Box 1430
    739 Main Street
    Roanoke, Alabama  36274
    Phone:  (334) 863-8945
    Fax:  (334) 863-7114