IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY )<br><br>PLAINTIFF )<br><br>VS. )<br><br>MICHAEL GOSDIN, and JG, a minor )<br><br>DEFENDANT ) | CIVIL ACTION NO.<br>3:07-CV-422-WHA |

MOTION TO APPOINT NAMED ATTORNEY
AS GUARDIAN AD LITEM

Comes now JG, the minor named in the above case, and requests that the Court appoint his named attorney, John Tinney, as the guardian ad litem to represent the interest of the minor Defendant in the above case. The Plaintiff herein had requested that the Court appoint a guardian ad litem to represent the interest of JG.

The undersigned attorney would state that he is the attorney of record for JG in the underlying pending suit in Randolph County and would be in the best position to know all the facts in the case and to serve the best interest of the minor JG.

WHEREFORE, Defendant JG, a minor, through his attorney of record, requests that his attorney, John Tinney, be appointed by this Court as a guardian ad litem to represent the interest of the said JG, a minor.

                                                s/ John A. Tinney  
                                                John A. Tinney       TIN005  
                                                Attorney for Defendant JG  
                                                Post Office Box 1430  
                                                739 Main Street  
                                                Roanoke, Alabama  36274  
                                                Phone:  (334) 863-8945  
                                                Fax:  (334) 863-7114  
                                                TIN005

## CERTIFICATE OF SERVICE

    I hereby certify that on November 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    George P. Ford
    Attorney for Cotton States

    Chad Lee
    Attorney for Defendant

    I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    (NONE)

Respectfully submitted,

s/ John A. Tinney
John A. Tinney       TIN005
Attorney for Defendant JG
Post Office Box 1430
739 Main Street
Roanoke, Alabama  36274
Phone:  (334) 863-8945
Fax:  (334) 863-7114