IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 3:07cv422-WHA ) |
| MICHAEL GOSDIN, et al., | ) ) |
| Defendants. | ) |

## ORDER

This case is before the court on the Motion to Appoint Named Attorney as Guardian Ad Litem (Doc. #13), filed by John Tinney, Esquire, on November 29, 2007, and the Objection (Doc. #14), filed on behalf of the Plaintiff on November 30, 2007. The fact that this matter involves an allegation that a representation made to the court in a motion is false is of great concern to the court. Therefore, it is hereby

ORDERED that this matter is set for hearing on Monday, December 17, 2007, at 10:00 a.m., in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. All attorneys are DIRECTED to be present.

DONE this 3rd day of December, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE