IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:07CV422-WHA |
| ) | |
| MICHAEL GOSDIN and J. G., ) | |
| ) | |
| Defendant, ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Michael Gosdin, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐     This party is an individual, or

**Reportable Entity**            **Relationship to Party**

_____      _____

_____      _____

_____      _____

12-03-2007                        /s/ Chad Lee
Date                               Counsel Signature

Michael Gosdin and J. G., a minor
Counsel for (print names of all parties)

P O Box 966
Wedowee, Alabama 36278

256-357-4800

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERM DIVISION

## CERTIFICATE OF SERVICE

I, Chad Lee, attorney for Michael Gosdin and J. G., a minor, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail on this 3rd day of December, 2007, to:

George Ford

John A. Tinney

12-07-2007
Date

/s/ Chad Lee
Signature