IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | | CIVIL ACTION NO. |
| VS. | ) | 3:07-CV-422-WHA |
| | | |
| MICHAEL GOSDIN, and JG, a minor | ) | |
| | | |
| DEFENDANT | ) | |

## MOTION TO WITHDRAW MOTION TO APPOINT GUARDIAN AD LITEM

Comes now the undersigned John Tinney and would state unto this Honorable Court as follows:

1. The undersigned has made a terrible mistake with respect to the pleadings previously filed in this case through inadvertence and what is hopefully excusable neglect.

2. The undersigned represents **JM** in the underlying action filed in the Circuit Court of Randolph County, Alabama. The undersigned does not represent **JG** in any matter whatsoever as previously stated in the Motion previously filed with this Court.

3. The undersigned was called and advised by Chad Lee, attorney for Michael Gosdin, that a deposition had been set in this case. Chad Lee inquired as to whether JM, or his mother, who represents JM's interest, would be filing to intervene in this action. I advised Chad Lee that I was not knowledgeable of the case and that I had not made a decision on whether to file a Motion to Intervene. Attorney Chad Lee then faxed to my office a copy of the pleadings filed by the Honorable George Ford in this case.

4. Having been previously involved in several declaratory judgment actions such as this, I quickly noticed the style of the case and saw that the action had been filed against JG and that the Plaintiff's attorney had requested that a guardian ad litem be appointed to represent the interest of JG in the action. The said JG is the minor who is alleged to have shot my client, JM, in the underlying case.

5. Knowing that the party who might benefit from a declaratory judgment is customarily included as a defendant in the case, the undersigned, without going back and looking at his file, assumed that the JG referred to in this case was my client, JM. However, my client is "JM" as opposed to "JG".

6. The undersigned mistakenly represented to this Court that he represented the interest of JG in the underlying action, which is incorrect. The

undersigned does not represent the interest of JG and, in fact, JG's interest is totally opposite that of my client, JM.

7. I have been practicing law for 33 years and would certainly never attempt to perpetrate any fraud on the Court nor intentionally make any false representation to the Court concerning my representation of a party that I know full well I do not represent. Certainly, I would not attempt to try to represent both sides in a case.

8. The undersigned respectfully apologizes to the Court, to George Ford, and to Chad Lee for the inconvenience the error of the undersigned has caused all parties in this matter.

9. This Honorable Court had previously set a hearing date for December 17, 2007, to consider the pleadings filed by the undersigned. While the undersigned will certainly attend and state to this Court what is stated herein, the undersigned would respectfully request that his actions not prejudice George Ford and Chad Lee by causing them to attend a hearing which the undersigned hopes will not be necessary as a result of his realizing the gravity of his mistake and by attempting to correct the same by this pleading.

10. The undersigned has personally contacted George Ford and Chad Lee and apologized to them for the error as the undersigned is apologizing to this Court.

11. The undersigned would respectfully state that no prejudice has been worked to either party and the undersigned believes that the interest of Michael Gosdin with respect to his trying to secure coverage for his son in this pleading will certainly be adequately protected by Chad Lee in this case.

12. The undersigned would further represent to the Court that he has spoken with George Ford who has advised the undersigned that he does not insist that the Court proceed with its hearing on December 17 and the said George Ford and Chad Lee join with the undersigned in requesting that the Court withdraw its Order for them to be present before the Court on December 17, 2007.

For the above and foregoing reasons the undersigned respectfully requests that the Court withdraw its Order setting a hearing for December 17, 2007, on this matter and the undersigned prays that the Court will issue an Order allowing the undersigned to withdraw his appearance in this case and to withdraw any request to the Court that he be appointed to represent the interest of JG who is not his client, as opposed to JM who is the undersigned's client.

Respectfully submitted this the 5th day of December, 2007.

        s/ John A. Tinney
        John A. Tinney    TIN005
        Attorney at Law
        Post Office Box 1430
        739 Main Street
        Roanoke, Alabama  36274
        Phone:  (334) 863-8945
        Fax:  (334) 863-7114
        TIN005

## CERTIFICATE OF SERVICE

     I hereby certify that on December 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

     George P. Ford
     Attorney for Cotton States

     Chad Lee
     Attorney for Defendant

     I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

     (NONE)

     Respectfully submitted,

     s/ John A. Tinney
     John A. Tinney    TIN005
     Attorney at Law
     Post Office Box 1430
     739 Main Street
     Roanoke, Alabama  36274
     Phone:  (334) 863-8945
     Fax:  (334) 863-7114