IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

COTTON STATES MUTUAL           )
INSURANCE COMPANY,             )
                               )
            Plaintiff,         )
                               )
vs.                            )        CIVIL ACTION NO. 3:07cv422-WHA
                               )
MICHAEL GOSDIN, et al.,        )
                               )
            Defendants.        )

## ORDER

This case is before the court on the Motion to Withdraw Motion to Appoint Guardian Ad Litem (Doc. #18), filed on this day by John A. Tinney, Esq.  For good cause shown, the motion is GRANTED, and it is hereby ORDERED as follows:

1. Mr. Tinney's Motion to Appoint Named Attorney as Guardian Ad Litem for J.G. (Doc. #13) is allowed to be withdrawn, and the motion is DENIED as moot.

2. The Notice of Appearance by John Alvin Tinney on behalf of J.G. (Doc. #12) is STRICKEN.

3. The Complaint in this case requests the appointment of a guardian ad litem to represent the interests of Defendant, J.G., a minor.  Since the Defendant J.G. is now represented in this case by Spence C. Lee, Esq., as his attorney, the court will not appoint a guardian ad litem unless a separate motion to do so is filed.  Plaintiff's Motion for Appointment of Proper Guardian Ad Litem (Doc. #14) is DENIED without prejudice.

4. The hearing scheduled for December 17, 2007, is cancelled.

DONE this 6th day of December, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE