IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, | ) |
| PLAINTIFF, | ) |
| VS. | ) CASE NO: 3:07CV422-WHA |
| | ) |
| MICHAEL GOSDIN and J.G., a minor | ) |
| DEFENDANTS. | ) |
| | ) |

**JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE**

Come now the parties to the above styled action, by and through their respective attorneys of record, and respectfully move the Court to extend the discovery deadline previously set by the Court for a period of forty-five (45) days. In support of said Motion, the parties submit the following:

1. The deposition of the defendants Michael Gosdin and J.G. were set to be taken on the 3rd day of December, 2007, well before the discovery deadline.

2. Shortly before said depositions were taken, John Tinney, Esquire, attorney for the plaintiff in the "underlying case" which is related to this declaratory judgment action, inadvertently filed his ill-fated "Motion for Appointment of Guardian ad Litem"; which Motion the Court originally set to be heard on December 17, 2007.

3. As a consequence of the filing of said Motion, counsel for the parties agreed it would be best to suspend the scheduled depositions, pending the outcome of Mr. Tinney's Motion.

4. Since the cancellation of the original depositions, counsel for the parties have twice attempted to reschedule the depositions of the two defendants. On the first occasion, a scheduling error on the part of the plaintiff's counsel caused the depositions to be canceled. On the second occasion, counsel for defendant had a scheduling conflict with the only dates counsel for plaintiff had available.

5. It is highly likely that the depositions of the two defendants will be determinative of the issues in this action, such that one or the other of the parties will be entitled to summary judgment based upon the testimony provided at said depositions. If those depositions are not determinative, only one other deposition would be necessary, that being the deposition of Charles Gosdin, who is the grandfather of J.G.

6. Counsel for the parties have compared their respective calendars for the forty-five day period for which this extension is requested, and have several days mutually available for the taking of the necessary depositions.

        s/George P. Ford
        George P. Ford, Attorney for Plaintiff
        Ford, Howard & Cornett, P.C.
        P.O. Box 388
        Gadsden, AL 35902
        (256) 546-5432
        ASB#4179-066g


        s/Chad Lee
        Chad Lee, Attorney for Defendants
        P.O. Box 966
        Wedowee, AL 36278
        (256) 357-4800
        #LEE043

This Motion is unopposed.

        s/George P. Ford
        George P. Ford, Attorney for Plaintiff
        Ford, Howard & Cornett, P.C.
        P.O. Box 388
        Gadsden, AL 35902
        (256) 546-5432
        ASB#4179-066g

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have filed the foregoing upon the Clerk of the Court under the CM/ECF system which will send notification of such filing to the following:

Chad Lee, Esquire
P.O. Box 966
Wedowee, AL 36278

John Tinney, Esquire
P.O. Box 1430
Roanoke, AL 36274

On this the 21st day of December, 2007.

                                            s/George P. Ford
                                            Of Counsel