IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) CASE NO: 3:07CV422-WHA |
| VS. | ) |
| | ) |
| MICHAEL GOSDIN and J.G., a minor | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |

### JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE

Come now the parties to the above styled action, by and through their respective attorneys of record, and respectfully move the Court to extend the discovery deadline previously set by the Court for a period of forty-five (45) days. In support of said Motion, the parties submit the following:

1. The deposition of the defendants Michael Gosdin and J.G. were set to be taken on the 3rd day of December, 2007, well before the discovery deadline.

2. Shortly before said depositions were taken, John Tinney, Esquire, attorney for the plaintiff in the "underlying case" which is related to this declaratory judgment action, inadvertently filed his ill-fated "Motion for Appointment of Guardian ad Litem"; which Motion the Court originally set to be heard on December 17, 2007.

## MOTION GRANTED

SO ORDERED,
THIS 21st DAY OF Dec, 2007
_____
UNITED STATES DISTRICT JUDGE