IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 3:07cv422-WHA ) |
| MICHAEL GOSDIN, et al., | ) ) |
| Defendants. | ) |

# **ORDER**

     The Plaintiff's Motion for Summary Judgment (Doc. #22), filed on February 13, 2008, will be deemed submitted to this Court on March 12, 2008, without oral argument. If either party desires oral argument, such party should so notify the Court and opposing counsel by March 12, 2008. If, after considering the parties' submissions, the Court finds oral argument is necessary, a hearing will be scheduled, and the parties will be notified of the date of the hearing.

     Affidavits, briefs, depositions, or other documents which the Defendants wish to file in opposition to said motion shall be filed on or before March 5, 2008.

     The Plaintiff shall have until March 12, 2008, to file any reply it wishes to file.

     If a document, including a deposition, is to be considered on the issue of summary judgment, a party shall specifically designate which parts of the document are deemed relevant. The designation of parts of depositions shall be by page and line numbers. No parts of documents not so specifically designated will be considered.

DONE this 13th day of February, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE