IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:07CV422-WHA |
| ) | |
| MICHAEL GOSDIN and J. G., a minor, ) | |
| ) | |
| Defendants, ) | |

### NARRATIVE SUMMARY OF UNDISPUTED FACTS

Defendants Michael Gosdin and J.G. submit the following narrative summary of undisputed facts.

1. J.G, a minor, and Michael Gosdin were living in a mobile home owned by Charles Gosdin, their grandfather and father, respectively, when the shooting made the basis of the underlying lawsuit occurred. (Deposition of Michael Gosdin, Page 8, Line 22 through Page 9, Line 4).

2. Charles Gosdin also owns the real estate on which the mobile home sits. (Deposition of J.G., Page 14, Lines 11-14).

_____
Chad Lee, Attorney for Defendants
P.O. Box 966
Wedowee, Alabama 36278
(256) 357-4800

**CERTIFICATE OF SERVICE**

     This is to certify that I, Chad Lee, attorney for Michael Gosdin and J.G., a minor, have served counsel for the opposing party with a copy of this document by depositing in the United States mail, with adequate postage prepaid and properly addressed to him, or by otherwise delivering by hand or facsimile.

     George P. Ford
     Ford, Howard & Cornett, P.C.
     P.O. Box 388
     Gadsden, Alabama  35902

This the 10th day of March, 2008.

_____
Chad Lee