IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2008 MAR 12 A 9: 53

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| COTTON STATES MUTUAL INSURANCE CO., ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:07CV422-WHA |
| ) | |
| MICHAEL GOSDIN and J. G., a minor, ) | |
| ) | |
| Defendants, ) | |

**MOTION TO ALLOW OUT OF TIME RESPONSE TO SUMMARY JUDGMENT**

Defendants Michael Gosdin and J.G. move this Court to allow them to file their response to the Plaintiff's Motion for Summary Judgment beyond the March 5, 2008 deadline for filing their response. As grounds for this motion, they show unto this Court that their attorney misread the Order stating that their response was due on March 12, 2008. Their attorney read the Order as requiring their response on March 12, 2008. It was not until March 10, 2008, after having a conversation with the plaintiff's attorney, that their attorney realized the defendants' response was due on March 5, 2008.

No party will be prejudiced by granting this extension, and the plaintiff can be granted extra time to file its reply.

WHEREFORE, the defendants move this court to allow them to file their response to the plaintiff's motion for summary judgment out of time.

/s/ Chad Lee
_____
Chad Lee, Attorney for Defendants
P.O. Box 966
Wedowee, Alabama 36278
(256) 357-4800

## CERTIFICATE OF SERVICE

This is to certify that I, Chad Lee, attorney for Michael Gosdin and J.G., a minor, have served counsel for the opposing party with a copy of this document by depositing in the United States mail, with adequate postage prepaid and properly addressed to him, or by otherwise delivering by hand or facsimile.

George P. Ford
Ford, Howard & Cornett, P.C.
P.O. Box 388
Gadsden, Alabama  35902

This the 10th day of March, 2008.

_____
Chad Lee