IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INS. COMPANY, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) CASE NO: 3:07CV422-WHA |
| VS. | ) |
| | ) |
| MICHAEL GOSDIN and J.G., a minor | ) |
| | ) |
| DEFENDANTS. | ) |

**MOTION**

Comes now the plaintiff to the above styled action and shows unto the Court the following:

1. This action, a declaratory judgment action for construction of an insurance contract, is pending before the Court on a Motion for Summary Judgment filed by the plaintiff, Cotton States Mutual Insurance Company.

2. After said Motion for Summary Judgment and the materials supporting same were filed with the Court, the Court gave counsel for defendants until Wednesday, March 5, to respond.

3. Defendants did not respond to said Motion within the time allowed; but instead, responded on or about March 10, 2008, and requested permission to file said Response out of time.

4. In the Court's original Order, the plaintiff was given until Wednesday, March 12, to respond to defendant's Brief which was due March 5.

5. The untimely filing by plaintiff, assuming the Court grants leave to file out-of-time, left defendant only two days in which to reply to plaintiff's Response.

6. During the time between the due dates of defendants' Response and plaintiff's reply, a tentative settlement of the "underlying case", viz: <u>JM, et al versus JG, et al</u>, CV-06-291, Circuit Court of Chambers County, Alabama, was reached.

7. Since the plaintiff in the Chambers County action, JM, is a minor, the proposed settlement of the "underlying case" must be approved by the Circuit Court of Chambers County.

8. If the Chambers County Court approves the proposed settlement, the conclusion of that settlement will render all issues in the above styled action moot, and eliminate any need for plaintiff to reply to defendants' Response to the Motion for Summary Judgment, and will eliminate the need for this Court to consider the merits of the Motion for Summary Judgment and the opposition thereto.

9. Upon information and belief, plaintiff avers that a *pro ami* hearing on the merits of the proposed settlement of the Chambers County case can be held within thirty (30) days, and probably less.

10. This Motion has the approval of counsel for the defendants herein, Spence C. Lee, Esquire.

WHEREFORE, plaintiff respectfully moves the Court to extend the time for plaintiff to file a reply to defendants' Response to its Motion for Summary Judgment until such time as the Chambers County Circuit Court has ruled on the merits of the proposed settlement of the "underlying action", and for five days thereafter, should the Court disapprove the proposed settlement; and further moves the Court to hold in abeyance any consideration of the Motion for Summary Judgment filed herein until the proposed settlement is approved, or until the day plaintiff's Reply is due herein, should said settlement not be approved.

          s/George P. Ford
          George P. Ford, Attorney for Plaintiff
          Ford, Howard & Cornett, P.C.
          P.O. Box 388
          Gadsden, AL 35902
          (256) 546-5432
          ASB#4179-066g

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served upon all other parties hereto in accordance with Rule 5.

Done this the  12th  day of  March, 2008.

          s/George P. Ford
          Of Counsel

cc: Chad Lee, Esquire
   P.O. Box 966
   Wedowee, AL 36278