IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INS. COMPANY, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) CASE NO: 3:07CV422-WHA |
| VS. | ) |
| | ) |
| MICHAEL GOSDIN and J.G., a minor | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |

## MOTION

Comes now the plaintiff to the above styled action and shows unto the Court the following:

1. This action, a declaratory judgment action for construction of an insurance contract, is pending before the Court on a Motion for Summary Judgment filed by the plaintiff, Cotton States Mutual Insurance Company.

2. After said Motion for Summary Judgment and the materials supporting same were filed with the Court, the Court gave counsel for defendants until Wednesday, March 5, to respond.

3. Defendants did not respond to said Motion within the time allowed; but instead, responded on or about March 10, 2008, and requested permission to file said Response out of time.

4. In the Court's original Order, the plaintiff was given until Wednesday, March 12, to respond to defendant's Brief which was due March 5.

5. The untimely filing by plaintiff, assuming the Court grants leave to file out-of-time, left defendant only two days in which to reply to plaintiff's Response.

**MOTION GRANTED**

SO ORDERED
THIS _15th_ DAY OF _March_, 20_08_

_____
UNITED STATES DISTRICT JUDGE