IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INS. COMPANY, | ) <br> ) <br> ) |
| PLAINTIFF, | ) <br> ) CASE NO: 3:07CV422-WHA |
| VS. | ) |
| MICHAEL GOSDIN and J.G., a minor | ) <br> ) |
| DEFENDANTS. | ) |

## STIPULATION FOR DISMISSAL

Come now the parties to the above entitled action, by and through their respective attorneys of record, and do show unto the Court that all issues raised in the "underlying action" which gave rise to this declaratory judgment action have been settled between and among the parties thereto, thereby rendering moot the issues involved in the instant action. Hence, said parties do stipulate and agree that this action may be dismissed with prejudice, with costs taxed as paid.

_____
George P. Ford, Attorney for Plaintiff
Ford, Howard & Cornett, P.C.
P.O. Box 388
Gadsden, AL 35902
(256) 546-5432
ASB#4179-066g

_____
Chad Lee, Attorney for J.G. and
Michael Gosdin
P.O. Box 966
Wedowee, AL 36278
(256) 357-4800
#LEE043